IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JEFF S. AKHTAR § § *Plaintiff* § § VS. § § MOHAMMAD ALI § § *Defendant* § | § § § CIVIL ACTION NO. 1:23-CV-00233 § JUDGE MICHAEL J. TRUNCALE § § § § |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Parties' Stipulation of Dismissal Without Prejudice. [Dkt. 15]. The Plaintiff is seeking a dismissal without prejudice as to all claims asserted or which could have been asserted in this matter against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all other pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 28th day of August, 2023.**

Michael J. Truncale
United States District Judge